# Third District Court of Appeal

## State of Florida

Opinion filed June 28, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-505
Lower Tribunal No. 21-18519
_____

## CTG Holding Group, LLC, etc., et al.,
Appellants,

vs.

## B&B Capital Group 26, LLC, etc.,
Appellee.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Serrano Farah Law LP, and David T. Valero, for appellants.

Isaac & Salgado Grondin, P.L., and Jorge E. Isaac, for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.